AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

**RASHAAD R. PEOPLES**
**RUSSELL L. HOLLOWAY**
**JULIAN W. HURLEY**

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __December 20, 2007__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

knowingly and willfully combine, conspire, confederate an agree together with persons both known and unknown to unlawfully, knowingly, and intentionally to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II, narcotic drug controlled substance.

in violation of Title __21__ United States Code, Section(s) __846__ .

I further state that I am __SPECIAL AGENT JOHN BEVINGTON__ , and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
**SPECIAL AGENT JOHN BEVINGTON**
**FEDERAL BUREAU OF INVESTIGATION**

Sworn to before me and subscribed in my presence,

_____ at __Washington, D.C.__
Date                                            City and State

_____      _____
Name & Title of Judicial Officer           Signature of Judicial Officer

**STATEMENT OF FACTS**

      RASHAAD ROLAND PEOPLES was monitored in a series of consensually monitored telephone conversations and at least two meetings in Miami, Florida, in which he discussed purchasing ten to twenty kilograms of cocaine hydrochloride. On December 9, 2007, Peoples, traveled to Miami, Florida, and on December 10, 2007 he provided $2,000.00 toward having the cocaine transported to Washington, D.C. On December 17, 2007, in Miami, Florida, Peoples provided an additional $5,500.00 toward having the cocaine transported to Washington, D.C. Peoples was then informed the cocaine would be sent to Washington, D.C., with an anticipated arrival date of either December 19, 2007 or December 20, 2007.

      On December 19, 2007, Peoples was advised the cocaine would arrive in Washington, D.C., later that evening or early the following morning, and in either event Peoples would receive a call on December 20, 2007, around 9:00 a.m. or 10:00 a.m. On December 20, 2007, at 9:22 a.m., the under cover FBI agent (UC) called Peoples at telephone number (202) 538-0887 and told Peoples to meet her at the McDonald's Restaurant located at South Capitol and I Streets, Southeast, Washington, D.C. Peoples indicated he would meet her in approximately fifteen minutes.

      The UC then drove to McDonald's and waited for Peoples to arrive. At 9:44 a.m., the UC called Peoples a second time and he said that he was on his way and would arrive in fifteen minutes. At 10:07 a.m., Peoples arrived at McDonald's. Peoples was a passenger in a Jeep Commander driven by and registered to RUSSELL LOUIS HOLLOWAY. Peoples informed the UC that he did not have the money and the UC responded that Peoples could not see the cocaine until she saw the money.

      Holloway left McDonalds and was observed meeting with JULIAN WHITE HURLEY in the area of 629 I Street, Southwest, Washington, D.C. Hurley was driving a 2006 Mercedes S550 bearing New Jersey tags. Hurley got into Holloway's Jeep Commander. Hurley subsequently got out of Holloway's Jeep Commander and got back into the Mercedes S550. Holloway and Hurley drove to McDonald's in their respective vehicles.

      When Holloway returned to McDonald's, Peoples got into the Jeep Commander and they left McDonald's followed by the UC. Hurley also left McDonald's and followed the other two vehicles. Hurley returned to the area of 629 I Street, while the UC as well as Peoples and Holloway drove to the Channel Inn Hotel, 650 Water Street, Southwest, Washington, D.C. Peoples accompanied the UC into hotel room 238 and Holloway remained in the Jeep Commander. When Peoples and the UC arrived in room 238, Peoples showed the UC a quantity of US currency. The UC then called a second UC who then brought a suitcase containing five individually wrapped kilograms of cocaine hydrochloride into room 238. The second UC opened the suitcase and Peoples looked at the cocaine.

      At 11:14 a.m., Peoples took possession of the suitcase, left room 238 and was immediately arrested in the hallway. Holloway was arrested while sitting in the Jeep commander in front of 650 Water Street. Hurley was arrested while sitting in the Mercedes S550 along the side of 629 I Street. A search of the Jeep Commander resulted in the recovery of travel documents indicating that Peoples

and Holloway traveled to Miami, Florida, on December 9, 2007 and returned on December 11, 2007. Holloway admitted that he traveled to Miami but claimed the trip was a vacation.

After being advised of his rights, Peoples voluntarily waived those rights by signing an FD-395, Advice of Rights form. Peoples admitted traveling to Miami, Florida, where he met with people in order to arrange a shipment of cocaine to Washington, D.C. Peoples further admitted to providing people in Miami money so the cocaine would be transported to Washington, D.C. Peoples also admitted that on December 20, 2007, he met with an undercover FBI agent, to whom he gave money in exchange for five kilograms of cocaine.

After being advised of his rights, Hurley also voluntarily waived those rights by signing an FD-395, Advice of Rights form. Hurley advised that when he met with Holloway on December 20, 2007, he loaned Holloway $10,000.00. When Holloway was arrested he was in possession of $95.31. Hurley was in possession of approximately $5,000.00 at the time of his arrest.

The US currency given to the UC by Peoples was subsequently counted and determined to be $72,000.00.

_____
SPECIAL AGENT JOHN BEVINGTON
FEDERAL BUREAU OF INVESTIGATION

Sworn and subscribed before me on this \_\_\_ day of December, 2007.

_____
U.S. MAGISTRATE JUDGE