CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No. <u>07-000671 M-02</u> |
| ) | |
| JULIAN WHITE HURLEY, ) | |
|    Defendant. ) | |
| ) | |

**TO: NANCY MAYER-WHITTINGTON, CLERK**

Please enter the appearance of David Carey Woll as counsel for the Defendant in the above captioned case.

I am appearing in this action as a CJA Attorney.

                                         /s/
                                      David Carey Woll
                                      047423
                                      Woll & Woll, P.A.
                                      11501 Georgia Avenue, Suite 201
                                      Wheaton, MD 20902
                                      301-933-6962
                                      e-mail: woll.law@verizon.net

**CERTIFICATION OF SERVICE**

I HEREBY CERTIFY that on the <u>26th</u> day of <u>December</u>, <u>2007</u>, a copy of the foregoing was delivered to the U. S. Attorney's Office, 555 4th Street, N.W., Washington, D.C . 20530.

                                         /s/
                                      David Carey Woll